1  DAVID C. ANDERSON (SBN 83146)
   LAW OFFICE OF DAVID C. ANDERSON
2  222 Rush Landing Road
   Novato, CA 94948
3  Telephone: (415) 898-4775
   Facsimile: (415) 898-9211
4
   GIL L. PURCELL, ESQ., SBN 113603
5  PETER B. FREDMAN, ESQ., State Bar # 189097
   BRAYTON ❖ PURCELL
6  222 Rush Landing Road
   Novato, California 94948-2109
7  Telephone: (415) 898-4775
   Facsimile: (415) 898-9211
8
   Attorneys for Plaintiffs
9  DEBORAH MAYNE

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| DEBORAH MAYNE, | No. C 05-01868 MEJ |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| COUNTY OF MARIN, CALIFORNIA; SHERIFF ROBERT T. DOYLE, individually and in his official capacity as the Sheriff of Marin County; DEPUTY GREGORY GARRETT, Badge No. 1475, individually and in his official capacity as a Deputy Sheriff; DEPUTY MICHAEL YODER, Badge No. 1455, individually and in his official capacity as a Deputy Sheriff; and DOES 1 through 100, inclusive, | DATE: SEPTEMBER 8, 2005<br>TIME: 10:00 A.M.<br>DEPT. COURTROOM B |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, that the Case Management Conference, scheduled for September 8, 2005, at 10:00 a.m. in Courtroom B of the above-entitled Court, be continued to sometime after September 19, 2005, due to Plaintiff's counsel

being in trial in the matter of *Chan v. S.F. BART*, Alameda Superior Court No. RG 03116497, until that time.

Dated: August 25, 2005

LAW OFFICE OF DAVID C. ANDERSON
BRAYTON ❖ PURCELL

By: _____
DAVID C. ANDERSON
Attorneys for Plaintiff
DEBORAH MAYNE

Dated: 8/26, 2005

COUNTY COUNSEL

By: _____
PATRICK F. FAULKNER
Attorneys for Defendants
COUNTY OF MARIN, DEFENDANTS

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

**ORDER**

IT IS HEREBY ORDERED that the September 8, 2005, Case Management Conference in the above matter, be continued until  October 6 , 2005, at  10:00  a.m.

Dated:  August 29 , 2005

_____
MARIA-ELENA JAMES
United States District Court Judge



K:\DCA\Mayne - 97\stip-cmc.wpd                3

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  MAYNE v. COUNTY OF MARIN, et al.
   U.S. DISTRICT COURT NO. C 05-01868 MEJ

2
                           **PROOF OF SERVICE BY MAIL**

3
                      **STATE OF CALIFORNIA, U.S. DISTRICT COURT**

4    I, the undersigned, declare as follows:
         I am over 18 years of age and not a party to the within action; my business address is
5    222 Rush Landing Road, Novato, CA 94948; I am employed in Marin County, California.
         I am readily familiar with my employer's practices for collection and processing of
     correspondence for mailing with the United States Postal Service.
6        On the below date, I served a copy of the following document(s):

7        STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT
         CONFERENCE; ORDER

8
   on the interested parties in the above-referenced case by following ordinary business practices
9  and placing for collection and mailing a true copy of the above-referenced document(s),
   enclosed in sealed envelope(s); in the ordinary course of business, the above document(s)
10 would have been deposited for first-class delivery with the United States Postal Service the
   same day they were placed for deposit, with postage thereon fully prepaid,

11       The foregoing was/were addressed as follows:

12 Patrick K. Faulkner, Esq.
   County Counsel
13 Renee Giacomini Brewer, Esq.
   3501 Civic Center Drive, Room 303
14 San Rafael, CA 94903
   499-6117
15 499-3796 fax

16

17
         I declare under penalty of perjury under the laws of the State of California that the
18 foregoing is true and correct and that this declaration was executed on August 26, 2005.

19
                                                    *Cynthia Sparks*
20                                                  CYNTHIA SPARKS

21

22
   K:\DCA\Mayne - 97\PROOFOFSERVICE.wpd
23

24

25

26

27                                             1