IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBORAH MAYNE,

        Plaintiff(s),

vs.

COUNTY OF MARIN, CALIFORNIA, et al.,

        Defendant(s).

No. C 05-1868 MEJ

**ORDER VACATING PRETRIAL AND TRIAL DATES**

Upon review of the docket in this matter, the Court notes that the settlement conference before Magistrate Judge Brazil has been continued to July 25, 2006, which is over three months after the deadline for the parties to file dispositive motions. As settlement conferences often obviate the expense and time put into dispositive motions, the Court finds it appropriate for the parties to focus on settlement negotiations. Accordingly, the Court hereby VACATES all pre-trial and trial dates scheduled in this matter, including dispositive motion deadlines. Within one week from the settlement conference, the parties shall jointly contact the Court in writing as to the status of this case.

**IT IS SO ORDERED.**

Dated: February 2, 2006

                                        MARIA-ELENA JAMES
                                        United States Magistrate Judge