IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH MAYNE, | No. C 05-1868 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |
| COUNTY OF MARIN, CALIFORNIA, et al., | **AUGUST 24, 2006** |
| Defendant(s). | |

On July 25, 2006, the Honorable Wayne D. Brazil conducted a settlement conference in this matter. As the parties were unable to reach a settlement and the Court previously vacated all pretrial and trial dates pending the outcome of the settlement conference, the Court finds it appropriate to place this matter back on calendar. Accordingly, the parties shall appear for a Case Management Conference on August 24, 2006 at 10:00 a.m. in Courtroom B, 15th Floor. The parties shall file a joint case management statement by August 17, 2006.

**IT IS SO ORDERED.**

Dated: July 27, 2006

MARIA ELENA JAMES
United States Magistrate Judge