DAVID C. ANDERSON (SBN 83146)
LAW OFFICE OF DAVID C. ANDERSON
222 Rush Landing Road
Novato, CA 94948
Telephone:  (415) 898-4775
Facsimile:  (415) 898-9211

GIL L. PURCELL, ESQ., SBN 113603
PETER B. FREDMAN, ESQ., State Bar # 189097
BRAYTON ❖ PURCELL
222 Rush Landing Road
Novato, California  94948-2109
Telephone:  (415) 898-4775
Facsimile:  (415) 898-9211

Attorneys for Plaintiffs
DEBORAH MAYNE

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| DEBORAH MAYNE,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF MARIN, CALIFORNIA; SHERIFF ROBERT T. DOYLE, individually and in his official capacity as the Sheriff of Marin County; DEPUTY GREGORY GARRETT, Badge No. 1475, individually and in his official capacity as a Deputy Sheriff; DEPUTY MICHAEL YODER, Badge No. 1455, individually and in his official capacity as a Deputy Sheriff;  and DOES 1 through 100, inclusive,<br><br>    Defendants. | No.  C 05-01868 MEJ<br><br>NOTICE OF SETTLEMENT<br><br>AND ORDER THEREON |

PLEASE TAKE NOTICE that the above captioned case has settled in it entirety.  The parties request that all pending hearings and dates, including the May 21, 2007, trial date, be taken off calendar pending consummation of the settlement and formal dismissal of the action,

1 | which are anticipated to occur within the next 30 days or sooner.

Dated: January 8, 2007

                                        LAW OFFICE OF DAVID C. ANDERSON
                                        BRAYTON ❖ PURCELL

                                        By:   /s/David C. Anderson
                                                  DAVID C. ANDERSON
                                                  Attorneys for Plaintiff
                                                  DEBORAH MAYNE

Dated: January 9, 2007

*GRANTED*
*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA