1  DAVID C. ANDERSON (SBN 83146)
   LAW OFFICE OF DAVID C. ANDERSON
2  222 Rush Landing Road
   Novato, CA 94948
3  Telephone:  (415) 898-1555
   Facsimile:  (415) 898-9211
4
5  GIL L. PURCELL, ESQ., SBN 113603
   PETER B. FREDMAN, ESQ., State Bar # 189097
6  BRAYTON ❖ PURCELL
   222 Rush Landing Road
7  Novato, California 94948-2109
   Telephone:  (415) 898-1555
8  Facsimile:  (415) 898-1247

9  Attorneys for Plaintiffs
   DEBORAH MAYNE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| DEBORAH MAYNE, | No. C 05-01868 MEJ |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1) |
| COUNTY OF MARIN, CALIFORNIA; SHERIFF ROBERT T. DOYLE, individually and in his official capacity as the Sheriff of Marin County; DEPUTY GREGORY GARRETT, Badge No. 1475, individually and in his official capacity as a Deputy Sheriff; DEPUTY MICHAEL YODER, Badge No. 1455, individually and in his official capacity as a Deputy Sheriff; and DOES 1 through 100, inclusive, | ORDER CLOSING FILE |
| Defendants. | |

**STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Plaintiff DEBORAH MAYNE and defendants COUNTY OF MARIN, CALIFORNIA;

---

K:\DCA\SETTLED MATTERS\Mayne - 97\dismissal.wpd            1

1  SHERIFF ROBERT T. DOYLE, DEPUTY GREGORY GARRETT, DEPUTY MICHAEL
2  YODER, through undersigned counsel of record, stipulate pursuant to Fed.R.Civ.P. 41(a)(1),
3  that:
4      1. The parties to the stipulation represent all parties appearing to date in this litigation;
5      2. The undersigned counsel of record are authorized by the named parties to enter into
6  this stipulation and fully bind their respective clients to its terms;
7      3. Every claim by each party to this stipulation, whether for monetary damages,
8  declaratory relief, or any other kind or nature of relief sought, be dismissed with prejudice, such
9  claims comprising the Plaintiff's Complaint;
10     4. Each party bear its own costs, fees, and expenses incurred as a result of this
11 litigation, or any claims asserted therein, or as a result of, or related to, any claims asserted
12 between the parties which precede and relate in any way to the claims asserted in the litigation.
13 **IT IS SO STIPULATED:**

14 Dated: January 11, 2007

         LAW OFFICE OF DAVID C. ANDERSON; and
         BRAYTON ❖ PURCELL

         By: _____
             DAVID C. ANDERSON
             Attorneys for Plaintiff
             DEBORAH MAYNE

19 Dated: January 11, 2007

         COUNTY COUNSEL, COUNTY OF MARIN

         By: _____
             RENEE GIACOMINI BREWER
             Attorneys for All Defendants

24 **IT IS SO ORDERED:**
25 This 16th day of January, 2007

         By: _____
             Judge Maria-Elena James
             GRANTED

STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)

MAYNE v. COUNTY OF MARIN, et al.
U.S. DISTRICT COURT NO. C 05-01868 MEJ

## PROOF OF SERVICE BY MAIL

### STATE OF CALIFORNIA, U.S. DISTRICT COURT

I, the undersigned, declare as follows:

I am over 18 years of age and not a party to the within action; my business address is 222 Rush Landing Road, Novato, CA 94948; I am employed in Marin County, California.

I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service.

On the below date, I served a copy of the following document(s):

**STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**

on the interested parties in the above-referenced case by following ordinary business practices and placing for collection and mailing a true copy of the above-referenced document(s), enclosed in sealed envelope(s); in the ordinary course of business, the above document(s) would have been deposited for first-class delivery with the United States Postal Service the same day they were placed for deposit, with postage thereon fully prepaid, AND VIA FACSIMILE TRANSMISSION:

The foregoing was/were addressed as follows:

Patrick K. Faulkner, Esq.
Renee Giacomini Brewer, Esq.
3501 Civic Center Drive, Room 303
San Rafael, CA 94903
499-6117
499-3796 fax

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 11, 2007.

*Cynthia Sparks*
CYNTHIA SPARKS

K:\DCA\SETTLED MATTERS\Mayne - 97\PROOFOFSERVICE.wpd

1